1  Juanita Brooks (CA Bar No. 75934/brooks@fr.com)
   Jason W. Wolff (CA Bar No. 215819/wolff@fr.com)
2  Seth M. Sproul (CA Bar No. 217711/sproul@fr.com)
   FISH & RICHARDSON P.C.
3  12390 El Camino Real
   San Diego, CA 92130
4  Telephone: (858) 678-5070
5  Facsimile: (858) 678-5099

6  David J. Miclean (CA Bar No. 115098/miclean@fr.com)
7  Christina D. Jordan (CA Bar No. 245944/cjordan@fr.c0m)
   FISH & RICHARDSON P.C.
8  500 Arguello Street, Suite 500
   Redwood City, CA 94063
9  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
10

11  Attorneys for Plaintiff GOOGLE INC.

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16                   C08    04144

17  GOOGLE INC.                        Case No.

18         Plaintiff,                  **PLAINTIFF GOOGLE INC.'S
                                       CERTIFICATION OF INTERESTED
19     v.                              ENTITIES PURSUANT TO CIVIL LOCAL
                                       RULE 3.16**
20  NETLIST, INC.,

21         Defendant.

22

23

24

25

26

27

28

FILED

2008 AUG 29 P 3: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1         Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

2   named parties, there is no such interest to report.

3

4   Dated: August 29, 2008              FISH & RICHARDSON P.C.

5

6                   By: _____

7                     Juanita Brooks (CA Bar No. 75934
                    brooks@fr.com)

8                     Jason W. Wolff (CA Bar No. 215819
                    wolff@fr.com)

9                     Seth M. Sproul (CA Bar No. 217711
                    sproul@fr.com)

10                   FISH & RICHARDSON P.C.
                  12390 El Camino Real

11                   San Diego, CA 92130
                  Telephone: (858) 678-5070

12                   Facsimile: (858) 678-5099

13

14                   David J. Miclean (CA Bar No. 115098
                  miclean@fr.com)

15                   Christina D. Jordan (CA Bar No. 245944
                  cjordan@fr.c0m)

16                   FISH & RICHARDSON P.C.
                  500 Arguello Street, Suite 500

17                   Redwood City, CA 94063
                  Telephone: (650) 839-5070

18                   Facsimile: (650) 839-5071

19

20                   Attorneys for Plaintiff
                  GOOGLE INC.

21
  #50606113

22

23

24

25

26

27

28

    PLAINTIFF GOOGLE INC.'S CERTIFICATION OF
INTERESTED ENTITIES PURSUANT TO CIVIL
LOCAL RULE 3.16 – CASE NO. _____